# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mary Feist and Joey Almer, | ) |
| Plaintiffs, | ) **ORDER FOR MID-DISCOVERY** <br> ) **STATUS CONFERENCE** |
| vs. | ) |
| Morgan L. Krotseng and Marsha V. Krotseng, | ) |
| Defendants. | ) Case No. 1:21-cv-055 |

A mid-discovery status conference will be held before the magistrate judge on October 15, 2021, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court